**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gregory Fisher BUTLER, Jr.,**
**a/k/a Gregory Fisher Butler,**
**Defendant–Appellant.**

**No. 12–7840.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 22, 2013.

Decided: Jan. 25, 2013.

Gregory Fisher Butler, Jr., Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Fisher Butler, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Butler,* No. 3:00–cr–00169–FDW–4 (W.D.N.C. Sept. 25, 2012). We dispense with oral argument because the facts and legal conten-

tions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*